IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSE ERNESTO VELAZQUEZ NUNEZ, <br><br> Petitioner, <br><br> v. <br><br> MARKWAYNE MULLIN, et al, <br><br> Respondents. | **ORDER FOR SUPPLEMENTAL BRIEFING** <br><br><br> Case No. 1:26-cv-00082-AMA <br><br><br> District Judge Ann Marie McIff Allen |

This matter is before the Court on Petitioner Jose Ernesto Velazquez Nunez's petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  Having reviewed the parties' initial briefing, the Court requires additional information and argument from the parties.   Accordingly, the parties are ORDERED to provide simultaneous supplemental briefing no later than July 17, 2026, providing the following information and argument:

1. Evidence of Petitioner's physical location on June 8, 2026, when the petition was filed;

2. A status update discussing the events and outcome of Petitioner's hearing before an immigration judge that was scheduled for June 24, 2026;

3. Argument addressing the meaning of the phrase "seeking admission" in 8 U.S.C. § 1225(b)(2)(A), including any impact of 8 U.S.C. § 1101(a)(13)(A) on that meaning; and

---

[1] ECF No. 1.

4.  Argument as to whether petitioner should be included in the meaning of the phrase "seeking admission" considering the specific facts of Petitioner's case, including, but not limited to, his approved I-130 petition, provisional waiver, and any other efforts to obtain a status that permits him to lawfully enter the United States.

5.  Argument as to why the briefing party should prevail assuming both sides present a reasonable way to read the applicable statutes.

The supplemental brief shall not exceed 15 pages of argument.

SO ORDERED this 30th day of June 2026.

_____
ANN MARIE MCIFF ALLEN
United States District Judge