ALEC S. BRACKEN (USB 17178)
CONTIGO LAW
PO BOX 249
Midvale, Utah 84047
Phone: 801-980-9430
Email: alec@contigo.law
Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

Jose Ernesto Velazquez Nunez,

Petitioner

v.

Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security,

Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement,

Evan Tjaden, in his official capacity as ICE Field Officer Director,

Ryan Arbon in his official capacity as the Weber County Sherrif and the warden of the Weber County Jail,

Todd Blanche, in her official capacity as the United States Attorney General,

The Executive Office for Immigration Review

United States Immigration and Customs Enforcement.

Respondents

Civil No.: **1:26-cv-00082-AMA**

ORDER GRANTING STIPULATED MOTION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS

IMMIGRATION HABEAS CASE

This matter came before the Court on the parties' Stipulated Motion to Grant Petition for Writ of Habeas Corpus.

The Court has reviewed the parties' stipulation and notes that, following the Court's Order for Supplemental Briefing, the United States Court of Appeals for the Tenth Circuit issued its published decision in *Santillan Quiroz v. Mullin*. In that decision, the Tenth Circuit held that "noncitizens who entered the United States and were thereafter detained in the interior of the country are usually subject to § 1226(a) (and thus eligible for bond), and not to § 1225(b)(2)(A)." The Tenth Circuit further directed that the appropriate remedy is to grant the petition and order the Government to provide a bond hearing within seven days or release the petitioner.

The parties agree that, in light of the intervening controlling authority, Petitioner's detention is governed by 8 U.S.C. § 1226(a), that further supplemental briefing is unnecessary, and that this matter should be resolved consistent with Santillan Quiroz.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion to Grant Petition for Writ of Habeas Corpus is GRANTED.
2. The Court's Order for Supplemental Briefing is VACATED.
3. The Petition for Writ of Habeas Corpus is GRANTED.
4. Respondents shall, within seven (7) days of the entry of this Order, provide Petitioner with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. If Respondents do not provide Petitioner with such a bond hearing within seven (7) days, Respondents shall immediately release Petitioner from custody under appropriate conditions of supervision consistent with applicable law.
6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED this 6th day of July 2026.

ANN MARIE McIFF ALLEN
United States District Judge